# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY HARMON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    Case No. 21-cv-688-SMY |
| | ) |
| CITY OF COLLINSVILLE et al., | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 43) and the Order of Dismissal (Doc. 44), this matter is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  May 25, 2023**

                                          **MONICA A. STUMP,**
                                          **Clerk of Court**

                                          **By: s/Stacie Hurst, Deputy Clerk**

**Approved:**

**STACI M. YANDLE**
**United States District Judge**